In the Matter of Proving the Will of HENRY B. JONES, Deceased.

JOHNSON BEERS, as Executor, Appellant; WILLIAM CORBUSIER, Respondent.

*Appeal — order of Appellate Division reversing decree of Surrogate's Court admitting will to probate and remitting matter to surrogate for further action not a final order.*

*Matter of Jones (Will),* 199 App. Div. 426, appeal dismissed.
(Argued May 31, 1922; decided July 12, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1921, which reversed upon the facts and the law a decree of the Chemung County Surrogate's Court admitting to probate a paper propounded as the last will and testament of Henry B. Jones, deceased, and remitted the matter to the surrogate for further action.

*Thomas M. Losie* for appellant.
*Pierre W. Evans* for respondent.

Appeal dismissed, with costs, on ground that the order appealed from is not a final order but is an order granting a rehearing on the merits of the issues presented by objections to probate of the will; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.